UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA FRANCISCA BASTIAS SERRA,<br><br>Defendant. | CASE NO. **2:24-mj-00668**<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged by a complaint filed in the Eastern District of California with conspiracy to commit bank robbery and bank robbery. The government alleges Defendant is part of an organization that commits organized bank robbery in states up and down the western part of the County. Defendant appears to be a citizen of Chile and according to the pretrial services report is wanted for murder and robbery in that country. The Department of Licensing has no record of him. The Court received no verified information about Defendant's background, and Defendant reserved the issue of detention to the Eastern District of California.

It is therefore **ORDERED**:

DETENTION ORDER - 1

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 30th day of October, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2